# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SPENCER KASHAD WATTS

NO. 2021 KW 1524

**MARCH 14, 2022**

---

In Re: Spencer Kashad Watts, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 497,753.

---

**BEFORE: GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

> **JMG**
> **GH**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT